400 A.2d 622

Moore v. Baysden, Appellant.

Argued December 4, 1978. William H. Kinkead, III, for appellant; Mark I. Bernstein, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

400 A.2d 622

Mutual of Omaha Insurance Company v.
Mazzula, Appellant.

Petition for Allowance of Appeal Denied March 30, 1979.

Argued December 5, 1978. Frank J. Marcone, for appellant; Herman J. Obert, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Decree affirmed.